**STATEMENT OF FACTS IN SUPPORT OF A COMPLAINT**

Leading up to Wednesday September 28, 2016, District of Columbia Metropolitan Police Department Detective Timothy Palchak had been acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, Detective Palchak ("UC") posted an advertisement in a predicated area of an online website for classified advertisements which, based on the UC's experience and information gathered from other sources, is an area of the site frequented by individuals who have a sexual interest in children and incest, among other fetishes. The advertisement was intended to attract individuals with a sexual interest in children.

On Wednesday September 28, 2016, at 12:13 p.m., an individual later identified as the defendant, Brian Hess ("Hess"), responded to the UC's advertisement via email stating, "Hey. I'm a fellow perv. If you want to chat let me know."[1]  The UC responded, "Sweet, yes, you a young dad too into taboo/incest?" Hess responded, "Yep. Very open minded and pervy. No limits here."

During the course of the email chat, Hess informed the UC that he is separated and has a 6 year-old daughter. Hess stated that he is not sexually active with his daughter, but enjoys watching her run around nude. Hess stated that he has taken nude photographs of her in the past. Hess stated that he shares custody with his ex and indicated the schedule on which he would next see the child. During the course of the chat Hess stated, "Are you from the Green Castle area? I didn't know if maybe it was possible to get our daughters together sometime if you were in the area."

---

[1] All text message abbreviations and typographical errors in quoted chat language are original.

The UC informed Hess that he had pictures of his purported 9-year-old daughter and provided Hess with his cell phone number. Hess informed the UC that he would think about texting him, but indicated that he was nervous about getting busted.

On Wednesday September 28, 2016, at 7:35 p.m., Hess texted the UC from Hess' cellular phone (717-377-6562). During the course of the text message exchange, Hess sent the UC several images of what Hess claimed to be his daughter. The first image depicts a prepubescent girl wearing a green two-piece bathing suit. There is a wooden coffee table and blue couch in the background of the picture. The second image appears to be the same child. She is wearing a pair of blue tights, and is lying on her back with her legs spread open with her buttocks resting on a blue couch. The third image appears to depict the same child. The child is sitting in front of a blue couch, and is naked with her legs spread open exposing her bare vagina.

The UC asked Hess to take a picture of himself holding up two fingers in front of the blue couch to validate that the pictures Hess was sending were in fact images Hess had taken of his daughter on the depicted couch. Hess sent the UC an image depicting two fingers in front of what appears to be the same blue couch that Hess' purported daughter was sitting near in the above-described images.

Hess continued to send images of his purported daughter to the UC. The fourth image depicts the same girl sitting on a blue couch, naked. The photo captures the child putting on a yellow pair of panties. The fifth image depicts the same girl standing up, completely naked. The sixth image depicts the same girl standing up, wearing a pair of blue tights pulled up to her knees, and exposing her bare vagina.

During the course of the chat, Hess also informed the UC that he had communicated with the father of a prepubescent girl from Ohio, whom Hess claimed sent images of his daughter. Hess sent the UC those images. The first image depicts a prepubescent girl lying naked on her side, with her bare buttocks and vagina are exposed in the photo. The second image depicts the same girl lying naked on her back, with her legs completely spread and exposing her bare vagina. The third image depicts the same child lying on her back in a bed with her legs spread open, exposing her bare vagina. Hess then sent the UC another image of his own purported daughter. The image depicts a prepubescent child lying on a purple exercise ball completely naked, exposing her buttocks and vagina.

On October 4, 2016, the undersigned sent the images to the National Center for Missing and Exploited Children's ("NCMEC") Child Victim Identification Program. A review of the images of Hess's purported daughter revealed that this child was previously identified by NCMEC as a child victim of sexual abuse in a prior case not involving Hess. Therefore, Hess was using this child's photo and disseminating her images under the guise that the child was his own, though in reality the child was not his actual daughter.

Agents with the Federal Bureau of Investigation conducted a search of available records and identified the subscriber of the telephone number provided to the UC and used by Hess to send the UC the herein-described child pornography.  Records revealed that the telephone number provided resolved to Brian Dennis Hess, residing at 8316 Cromwell Church Rd, Hustontown, PA 17229. On October 4, 2016, an administrative subpoena was submitted to AT&T regarding telephone number 717-377-6562; AT&T confirmed that the telephone number resolved to Brian Dennis Hess at the same address, and that Hess has been a subscriber to that number since July 17, 2006.

3

On October 4, 2016 at approximately 10:40a.m., an agent with the Federal Bureau of Investigation telephonically dialed number 717-377-6562. An unidentified adult male answered the call. The agent asked for "John Grigannis." The unidentified adult male answered that there was no one with that name associated with that number. The agent apologized and hung up, terminating the call.

On October 4, 2016, beginning at approximately 9:58a.m., Hess and the UC were engaged in a conversation via text message. Hess was using the number 717-377-6562, the same number he had been using to text the UC since their first text communications on September 28, 2016. At approximately 10:40 a.m., Hess texted the UC about a phone call he just received from an unknown person. Hess indicated that the caller was asking for someone named "John," but that the unexpected phone call unnerved Hess. Hess and the UC had the following conversation related to the call:

> Hess: I just had a very strange call. Hess went on to say, "Please tell me your name isn't John Gruganis? Or something like that
>
> UC: Hell no, my name is John but that's not my last name.
>
> Hess: Ok. Good. Thank goodness.
>
> UC: Lol, what did they say.
>
> Hess: I just had someone call me looking for john. I said John who. And that's what they said. Sounded like Gruganis. I don't know.
>
> Hess: I said they had the wrong number.
>
> UC: Weird
>
> Hess: Im just paranoid I guess.
>
> UC: Im always nervous I hate wrong number calls.

4

      Hess:   Me too. Especially when Im texting a John about things.

On October 27, 2016, a law enforcement officer with the Pennsylvania State Police went to the residence of Brian Hess at                                 PA, as part of a neighborhood canvass relating to a trespassing/burglary complaint made by a neighbor of Hess. Hess is not a complainant and he is not a suspect in that investigation. The Pennsylvania State Police officer did not find anyone at home. On October 28, 2016, the officer called           , the phone number listed for Hess in an October 2013 Pennsylvania State Police report in which Hess is listed as a victim. No one answered, so the officer left a message. Later that same day, the officer received a return phone call from a person who identified himself as Brian Hess,        PA. Hess was unable to provide any information relating to the trespassing/burglary investigation.

                                                     Detective Timothy Palchak
                                                     MPD/Federal Bureau of Investigation

Sworn and subscribed to before me this 15th day of November, 2016

                                                   Deborah A. Robinson
                                                 United States Magistrate Judge